UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 92CR0385-BTM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT |
| ) | |
| ANGEL QUINTANA, ) | |
| ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ANGEL QUINTANA, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: June 11, 2013

BARRY TED MOSKOWITZ, Chief Judge
United States District Court